■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v CASTANO BISPO, Respondent. [883 NYS2d 914]—

Appeal by the People from a resentence of the Supreme Court, Queens County (Hollie, J.), imposed February 14, 2008, pursuant to the Drug Law Reform Act of 2005 (L 2005, ch 643, § 1), after a hearing, upon the defendant's conviction of criminal possession of a controlled substance in the second degree, upon his plea of guilty.

Ordered that the resentence is affirmed.

As we have previously held in this matter, there is no merit to the People's contention that a defendant from whom a merit-time allowance has been withheld pursuant to Correction Law § 803 (1) (d) (iv) is not eligible for resentencing under the Drug Law Reform Act of 2005 (*see* L 2005, ch 643, § 1; *People v Bispo*, 47 AD3d 641, 642 [2008]; *People v Sanders*, 36 AD3d 944, 946 [2007]; *People v Quinones*, 11 Misc 3d 582, 595-596 [2005]; *cf. People v Williams*, 48 AD3d 858, 859-860 [2008]; *People v Paniagua*, 45 AD3d 98 [2007]). Spolzino, J.P., Skelos, Dillon and Covello, JJ., concur.